**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARIO BAUTISTA,

                Plaintiff,

                                                                  19 **CIVIL** 3963 (LTS)(RWL)

    -against-                                     **DEFAULT JUDGMENT**
ABC CORP d/b/a OCEAN RESTAURANT,
JOHN DOE, "LIN" DOE,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Amended Memorandum Opinion and Order dated April 1, 2021, Plaintiff's motion for default judgment is granted as against Defendant ABC Corp only. Plaintiff is awarded total damages, prejudgment interest, attorney's fees and costs in the amount of $154,814.67, comprising: (1) $1,180 minimum wage compensation; (2) $45,465.96 in overtime compensation; (3) $6,585.22 spread-of-hours compensation; (4) $3,150 electronic bicycle purchase and maintenance; (5) $53,231.18 liquidated damages; (6) $27,826.05 pre-judgment interest; (7) $10,000 WTPA damages; (8) $6,845 attorney's fees; and (9) $610 in costs. Plaintiff's motion for default judgment is denied as against the individual "Doe" defendants, who have not been identified or served, and this case is dismissed without prejudice as against those defendants; accordingly, the case is closed.

**DATED**: New York, New York
            April 1, 2021

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                     **BY:** ___K. Mango___
                                                      **Deputy Clerk**